UNITED STATES DISTRICT COURT  
WESTERN DISTRICT OF TENNESSEE  
Western Division

FILED BY *Potts* D.C.

05 JUL 26  PM 4: 22

UNITED STATES OF AMERICA

-vs-

NAPOLEON FROST

THOMAS M. GOULD  
CLERK, U.S. DISTRICT COURT  
W/D OF TN. MEMPHIS

Case No.  2:96cr20173-Ml  
97-20128-Ml

---

# ORDER OF DETENTION PENDING TRIAL

## FINDINGS

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing was not held. The following facts and circumstances require the defendant to be detained pending trial.

The defendant is not currently eligible for release due to pending matters in another jurisdiction; to wit, the defendant is serving a sentence from another case.

*** Probable Cause hrg set Friday July 29, 2005 @ 10:00am in CR #5***

### DIRECTIONS REGARDING DETENTION

NAPOLEON FROST is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. NAPOLEON FROST shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a Court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the Defendant to the United States marshal for the purpose of an appearance in connection with a Court proceeding.

Date:    July 26, 2005

_____  
DIANE K. VESCOVO  
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance  
with Rule 55 and/or 32(b) FRCrP on _7-27-05_

61

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 61 in case 2:96-CR-20173 was distributed by fax, mail, or direct printing on July 27, 2005 to the parties listed.

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT